# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| CONSTRUCTION COST DATA, LLC, *et al,* § | |
| § | |
| **Plaintiffs,** § | |
| VS. § | **CIVIL ACTION NO. 4:16-CV-114** |
| § | |
| THE GORDIAN GROUP, INC., *et al,* § | |
| § | |
| **Defendants.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion to Dismiss (Doc. No. 49), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On April 24, 2017, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion to Remand (Doc. No. 56), recommending that the Motion to Dismiss be denied. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. No. 49) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd day of May, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE